**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 12-81171-CIV-SEITZ/SIMONTON

BLUE GENTIAN, LLC,

               Plaintiff,

vs.

MAGIXHOSE,

               Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE-6]. Upon due consideration, it is hereby

ORDERED that

(1)    Pursuant to the Plaintiff's Notice of Voluntary Dismissal [DE-6], this case is DISMISSED WITHOUT PREJUDICE.

(2)    All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)    This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 5th day of November, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record